IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMBER TERRELL, #20263-078 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16cv229 |
| | § | CRIMINAL NO. 4:12CR00180-004 |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court finds no error in the findings and conclusions of the Magistrate Judge and **ADOPTS** the same as the findings and conclusions of the Court.

It is therefore

**ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Docket No. 1) pursuant to 28 U.S.C. § 2255 is **DENIED**, and the case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that a certificate of appealability is **DENIED**.

All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 23rd day of July, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE